CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff BRIAN WHITAKER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTURY CITY MALL, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendant. | Case No.: 2:20-CV-07712-AS<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

Dated: July 16, 2021                     CENTER FOR DISABILITY ACCESS

                                         By:   /s/Amanda Seabock
                                              Amanda Seabock
                                              Attorney for Plaintiff