**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTURY CITY MALL, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendant. | Case: 2:20-CV-07712-AS<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 28, 2021

/ s / Sagar
HONORABLE ALKA SAGAR
United States Magistrate Judge

1